UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPERS SURETY AND
INDEMNITY CO.,

    Plaintiff,

v.                                      CASE NO.: 8:14-cv-425-T-23TBM

HANSEL INNOVATIONS, INC., et al.,

    Defendants.
_____/

**ORDER**

A March 14, 2014, order (Doc. 11) referred the plaintiff's motion (Doc. 10) for a preliminary injunction to Magistrate Judge Thomas B. McCoun III for a report and recommendation (if granted) or for disposition (if denied). On June 11, 2014, Magistrate Judge McCoun issued a report and recommendation. More than seventeen days has passed without objection. The report and recommendation (Doc. 25) is **ADOPTED**. The motion (Doc. 10) for a preliminary injunction is **GRANTED**. The defendants are **PRELIMINARILY ENJOINED** and must:

> (1) post collateral security with the developers in an amount equal to the present value of the reserve account established on this bond and otherwise prohibit any transfers and encumbrances of the defendants' assets until this is done; and

> (2) grant to the developers full access to the defendants' books, records, credit reports, and accounts in accord with Article 14.9 of the indemnity agreement.

This injunction is effective immediately.  On or before Monday, July 7, 2014, the plaintiff must post with the Clerk of the Court a good and sufficient bond of $5,000.00.  In accord with Rule 65(d)(2), Federal Rules of Civil Procedure, this "order binds only the following who receive actual notice of it by personal service or otherwise: (A) the parties; (B) the parties' officers, agents, servants, employees, and attorneys; and (C) other persons who are in active concert or participation with anyone described in . . . (A) or (B)."

ORDERED in Tampa, Florida, on July 1, 2014.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE